**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
250 South Clinton Street
2nd Floor
**SYRACUSE, NEW YORK 13202**

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

March 31, 2011

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:    01-65711 Leslyn R Herring-Bain

Dear Clerk:

Enclosed please find check #822465 in the amount of $67.44. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Leslyn R Herring-Bain |
| | Address | 100 East Ostrander Ave. |
| | Address | Syracuse, NY 13205 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.